UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLINA HEALTH SERVICES, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALEX M. AZAR II, Secretary )<br>of Health and Human Services, )<br>)<br>Defendant. )<br>_____ ) | Case No. 14-cv-1415 (TJK) |

**PLAINTIFFS' PROPOSED ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby:

**ORDERED** that the stay in this case be lifted;

**FURTHER ORDERED** that the Defendant show cause as to why this Court should not enter judgment and remand this case to the federal agency for further action consistent with the Supreme Court's decision in *Azar v. Allina Health Services* (No. 17-1484) (June 3, 2019) and the Court of Appeals mandate in *Allina Health Services v. Price*, 863 F.3d 937 (D.C. Cir. 2017); and it is

**FURTHER ORDERED** that to the extent the Defendant does not consent to the entry of judgment, the following briefing schedule shall be entered:

1. June 28—Defendant's Memorandum Showing Cause Why Judgment Should Not Be Entered for Plaintiffs

2. July 12—Plaintiffs' Response

3. July 19—Defendant's Reply

SO ORDERED

_____                                              _____
Date                                                             Timothy J. Kelly
                                                                 United States District Judge