UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLINA HEALTH SERVICES, *et al.*,  )<br>  )<br>  Plaintiffs,  )<br>  )<br> v.  )<br>  )<br>ALEX M. AZAR II, Secretary  )<br>of Health and Human Services,  )<br>  )<br>  Defendant.  )<br>_____ ) | Case No. 14-cv-1415 (TJK) |

### DEFENDANT'S PROPOSED ORDER

Upon consideration of the parties' Joint Status Report, it is **HEREBY ORDERED** that this case shall continue to be stayed until the Supreme Court issues a certified judgment in *Azar v. Allina Health Services*, No. 17-1484, 2019 WL 2331304 (U.S. June 3, 2019), and the case returns to this Court from the Court of Appeals.

SO ORDERED

_____              _____
Date                          Timothy J. Kelly
                              United States District Judge