UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLINA HEALTH SERVICES, *et al.*,   )<br>    )<br>    Plaintiffs,   )<br>    )<br>    v.   )<br>    )<br>ALEX M. AZAR II, Secretary   )<br>of Health and Human Services,   )<br>    )<br>    Defendant.   )<br>_____) | Case No. 14-cv-1415 (TJK) |

## **DEFENDANT'S NOTICE OF DEVELOPMENTS IN SIMILAR CASES**

Defendant Alex M. Azar II, Secretary of Health and Human Services (the "Secretary") respectfully submits this Notice to apprise the Court of developments in other cases that may be relevant to this case.

1.  On July 31, 2019, the Secretary moved to consolidate 88 similarly-situated cases that each present, as a common and potentially dispositive issue of law, the question recently addressed by the Supreme Court in this case. *See Azar v. Allina Health Servs.*, 139 S. Ct. 1804 (2019). A copy of the Secretary's Motion to Consolidate, which was filed in *Albert Einstein Healthcare Network v. Azar*, No. 17-1134 (ABJ), is attached as Exhibit A to this Notice and was served upon counsel for Plaintiffs by email on July 31, 2019. Oppositions to the Secretary's Motion must be filed by August 14, 2019.

2.  The instant case ("*Allina II*") was not included in the Secretary's Motion to Consolidate. Another case currently pending before this Court involving the same hospitals that are plaintiffs in this action, *Allina Health* Sys. *v. Burwell*, No. 16-cv-150 (RC) ("*Allina III*"), also was not included. The decision was made to exclude those cases from the Motion to Consolidate after determining that, unlike the other 88 cases, which have been stayed since their inception and

1

many of which raise (or may raise) ancillary jurisdictional issues, the claims in *Allina II* and *Allina III* have already undergone a full round of litigation on an administrative record. In addition, the *Allina* plaintiffs opposed consolidation of their cases, and the Secretary believed—based on the foregoing—that a reasonable basis existed to distinguish *Allina II* and *Allina III* from the others.

3. On August 1, 2019, however, the Court in *Allina III* issued the following Minute Order:

> The Court has become aware of the government's recent motion to consolidate before Judge Amy Berman Jackson Medicare cases impacted by the Supreme Court's recent decision in Allina Health Services v. Price ("Allina"). The case before Judge Jackson, Albert Einstein v. Azar, No. 17-1134 ("Einstein"), is not the earliest-filed case potentially impacted by Allina. The earliest-filed case, No. 14-1415, is before Judge Timothy Kelly and the next earliest case is this one. It is hereby ORDERED that the government shall, on or before August 8, 2019, submit a memorandum that explains why it does not seek to consolidate the Medicare cases impacted by Allina listed in the Einstein case into either (1) the case before this Court, Allina Health System v. Burwell, No. 16-150, or (2) the case before Judge Kelly, No. 14-1415. SO ORDERED. Signed by Judge Rudolph Contreras on August 1, 2019. (lcrc3)

Minute Order, Allina III, Case No. 16-cv-150, Aug. 1, 2019.

4. On August 2, 2019, the Secretary filed a Response to Judge Contreras's Minute Order, which is attached hereto as Exhibit B. As the Secretary explained in that Response, he does not object to including *Allina III* and/or this case in the consolidated actions, and—if the Court determines that that is an appropriate outcome—to transferring the Motion to Consolidate to the docket for either this case or *Allina III* as earlier-filed actions.

August 5, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

By: /s/ *Serena M. Orloff*
SERENA M. ORLOFF
California Bar No. 260888
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, D.C. 20530
202-305-0167 (phone)
202-616-8470 (fax)
E-mail: Serena.M.Orloff@usdoj.gov

*Counsel for Defendant*